**Opinion issued June 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00365-CV

———————————

## IN RE MICHAEL L. DORSETT, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Michael L. Dorsett has filed a petition for writ of mandamus, requesting that we issue a writ of mandamus compelling the trial court to render summary judgment in his favor.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Guerra, Gunn, and Dokupil.

---

[1] The underlying case is *Michael L. Dorsett v. Loan Care, LLC*, *et al*, cause number 2023-61667, pending in the 270th District Court of Harris County, the Honorable Dedra Davis presiding.